IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:12-00001 |
| | ) | JUDGE HAYNES |
| KELLY WAYNE GASSAWAY, | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the sentencing hearing, the motion to amend judgment (Docket Entry No. 26) that is unopposed, is **GRANTED** and the Court's judgment is **AMENDED** to state the following: "Defendant shall pay 10% of his net **monthly** income upon his release to a halfway house, and 10% of his net **monthly** income during the period of supervised release towards restitution" at page four (4) (Page ID #72), paragraph two (2) of the Judgment of the Court. This new language will replace the old language that ordered the Defendant to "pay ten percent (10%) of his net income upon his release to a halfway house, and 10% of his net income during the period of supervised release towards restitution."

It is so **ORDERED**.

ENTERED this the 13th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge