IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:12-cr-00001 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| KELLEY WAYNE GASSAWAY | ) | |

**O R D E R**

Before the Court is the parties' agreed motion for early termination Defendant's supervised release (Docket Entry No. 35-1) that is **GRANTED**. The Defendant's supervised released is **TERMINATED** as of the date of this Order.

It is so **ORDERED.**

**ENTERED** this the 26th day of April, 2016.

*Todd Campbell*
TODD J. CAMPBELL
United States District Judge